**UNPUBLISHED**

UNITED STATES COURT OF APPEALS
FOR THE FOURTH CIRCUIT

---

**No. 96-6619**

---

WILLIAM BRITT REEVES,

Plaintiff - Appellant,

versus

T. R. STEWART; J. E. STRICKLAND,

Defendants - Appellees.

---

**No. 96-6620**

---

WILLIAM BRITT REEVES,

Plaintiff - Appellant,

versus

JOHN STACKHOUSE; GEORGE L. JONES,

Defendants - Appellees,

and

HAROLD WILLIAMS,

Defendant.

---

Appeals from the United States District Court for the Eastern District of North Carolina, at Raleigh. Malcolm J. Howard, District Judge. (CA-96-244-5-H, CA-96-138-5-H)

---

Submitted:  December 19, 1996          Decided:  January 9, 1997

---

Before ERVIN and MOTZ, Circuit Judges, and BUTZNER, Senior Circuit Judge.

---

Dismissed by unpublished per curiam opinion.

---

William Britt Reeves, Appellant Pro Se.

---

Unpublished opinions are not binding precedent in this circuit. See Local Rule 36(c).

PER CURIAM:

Appellant, a North Carolina inmate, appeals the district court's orders denying relief on his 42 U.S.C. § 1983 (1994) complaints under 28 U.S.C. § 1915(d) (1994), amended by Prison Litigation Reform Act, Pub. L. No. 104-134, 110 Stat. 1321 (1996). We have reviewed the records and the district court's opinions and find that these appeals are frivolous. Accordingly, we dismiss the appeals on the reasoning of the district court. Reeves v. Stewart and Reeves v. Stackhouse, Nos. CA-96-244-5-H; CA-96-138-5-H (E.D.N.C. Apr. 10, 1996). We dispense with oral argument because the facts and legal contentions are adequately presented in the materials before the court and argument would not aid the decisional process.

DISMISSED